[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 17-15091
Non-Argument Calendar
_____

D.C. Docket No. 1:06-cr-20596-UU-6

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CESAR NAHUM MONTUFAR,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(July 23, 2018)

Before MARCUS, ROSENBAUM and HULL, Circuit Judges.

PER CURIAM:

Ayana Harris, appointed counsel for Cesar Nahum Montufar in this appeal

from the denial of a motion for a sentence reduction under 18 U.S.C. § 3582(c)(2),

has moved to withdraw from further representation of the appellant and filed a

brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the denial of Montufar's requested relief under § 3582(c)(2) is **AFFIRMED**.